WRIGHT, FINLAY & ZAK, LLP
Jonathan M, Zak, Esq., SBN 121592
James J. Ramos, Esq., SBN 252916
Todd R. Whitehorn, Esq., SBN 289355
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone: (949) 477-5050; Facsimile: (949) 608-9142

Attorneys for Defendants, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND CITIBANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-QH2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA REYES-AGUILAR AND EDWARD AGUILAR,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; CITIBANK, N.A.; RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AND DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:13-CV-05764-JCS<br><br>[~~PROPOSED~~] ORDER ON DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT AND CASE MANAGEMENT CONFERENCE<br><br>Date:     Friday, March 14, 2014<br>Time:    9:30 a.m.<br>Courtroom: G, 15th Floor<br>Judge:    Hon. Joseph C. Spero |

1

[PROPOSED] ORDER ON DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON  MOTION TO DISMISS FIRST  AMENDED COMPLAINT AND  CASE MANAGEMENT CONFERENCE

1  Defendants Mortgage Electronic Registration Systems, Inc. ("MERS"), and
2  Citibank, N.A. as Trustee for the Certificatehodlers of CWABS, Inc., Asset-Backed
3  Certificates, Series 2006-QH2 (erroneously sued as "Citibank, N.A.") ("Citibank")
4  (collectively, "Defendants") may participate by TELEPHONE in the upcoming
5  hearing on their MOTION TO DISMISS COMPLAINT and the Case Management
6  Conference scheduled to be heard on Friday, March 14, 2014 at 9:30 a.m.
7  Defendants' counsel ~~should call~~ shall arrange a conference call number and pass code and provide that information to counsel and the Court by 3/12/14. ~~, at approximately ____ a.m., to participate~~.

Dated: 2/27/14 , 2014

IT IS SO ORDERED AS MODIFIED

Hon. Joseph C. Spero
United States [Magistrate Judge]

---

1
[PROPOSED] ORDER ON DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT AND CASE MANAGEMENT CONFERENCE

## **PROOF OF SERVICE**

I, Nancy C. Wheeler, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On February____, 2014, I served the within proposed] order on **[PROPOSED] ORDER ON DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT AND CASE MANAGEMENT CONFERENCE**, on all interested parties in this action as follows:

[ ]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Megan Dailey
Michael James Yesk
Yesk Law
70 Doray Drive, Suite 16
Pleasant Hill, CA 94523
925-849-5525; Fax: 925-887-6642
yesklw@gmail.com
*Attorneys for Plaintiffs Tricia Reyes-Aguilar and Edward Aguilar*

[ ]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]   (BY CERTIFIED MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices, via Certified Mail, Return Receipt Requested.

[ ]   (BY PERSONAL SERVICE) I caused personal delivery by ATTORNEY SERVICE of said document(s) to the offices of the addressee(s) as set forth on the attached service list.

[ ]  (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[ ]  (BY NORCO OVERNITE - NEXT DAY DELIVERY) I placed true and correct copies thereof enclosed in a package designated by Norco Overnite with the delivery fees provided for.

[X]  (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[X]  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February_____, 2014, at Newport Beach, California.

_____
Nancy C. Wheeler

2
**PROOF OF SERVICE**